### JAMES HART v. ALFRED PHILIPPS.
### THE SAME v. THE SAME.

No appeal will lie from a judgment on a rule to show cause why an attachment should not be set aside; the judgment is an interlocutory one, works no irreparable injury, and may be corrected, if erroneous, by appeal from the final judgment.

THE defendant has appealed in these cases, from judgments of the Commercial Court of New Orleans, *Watts*, J.

*Eggleston*, for the plaintiff.

*Van Dalson*, for the appellant.

MORPHY, J. The petitioner in each of these cases sued out a writ of attachment, under which eleven packages of goods were seized, but afterwards released upon the defendant's giving bond as required by law. A rule was then taken on the plaintiff in each case, to show cause why the writ of attachment should not be set

aside, on certain grounds filed at the time of taking the rule. This motion having been overruled by the inferior judge, the defendant appealed. We deem the appeal premature. The order made on the rule is an interlocutory, not a final decree; it works no irreparable injury to the appellant; the error, if it be one, can be corrected by appeal from the final judgment in the case. Code of Prac. art. 566.

*Appeals dismissed.*